UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MAURICE LYNELLE GREEN,<br><br>　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | Case No. 3:23-cv-00055-RRB<br><br>**JUDGMENT AND<br>ORDER OF REMAND** |

　　The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). The ALJ will further develop the record, as appropriate, conduct a de novo hearing, and issue a new decision. The ALJ will consider whether to reopen the prior determination and, as necessary, reevaluate the steps of the sequential evaluation process. Remand is made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment shall be entered for Plaintiff.

　　IT IS SO ORDERED this 5th day of July, 2023, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge